[No. 15553.   Department Two.   April 7, 1920.]

JOHN MERKEL, *Appellant*, v. D. K. McDONALD *et al.*, *Defendants*,
D. M. DRUMHELLER, *Respondent.*[1]

Appeal from a judgment of the superior court for Spokane county,
Blake, J., entered February 17, 1919, upon the verdict of a jury,
rendered in favor of one defendant, in an action in tort. Affirmed.

*F. W. Girand* and *Fred M. Williams*, for appellant.
*E. C. Matthias* and *Graves, Kizer & Graves*, for respondent.

PER CURIAM.—This case presents substantially the facts presented
in the case of *Lumpp v. McDonald, ante* p. 692, 188 Pac. 913. There
was a verdict and judgment in favor of the respondent, Drumheller.
The plaintiff appeals, assigning errors which, if well taken, would
warrant a new trial. Both parties have, however, presented the
question of the sufficiency of the facts. For the reasons stated in
the case cited, we find the facts insufficient to sustain a judgment
against the respondent.

The judgment will therefore stand affirmed.

[1]Reported in 188 Pac. 915.